UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAQUITA THOMPSON | * | CIVIL ACTION NO. 22-2149 |
| | * | |
| VERSUS | * | SECTION: "I"(1) |
| | * | |
| KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| ************************************ | * | |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the objection[2] by plaintiff, Shaquita Thompson, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the motion for summary judgment[3] filed by plaintiff Shaquita Thompson is **DENIED** and that judgment be entered in favor of defendant Kilolo Kijakazi, Commissioner of the Social Security Administration, and against the Ms. Thompson, dismissing Ms. Thompson's complaint with prejudice.

New Orleans, Louisiana, this 7th day of August, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 24
[2] Rec. Doc. No. 25
[3] Rec. Doc. No. 14